# USDC SCAN INDEX SHEET










```
BJR    9/22/03    10:49
3:03-CV-01008   DIRECTV INC V. NASLAND
*5*
*RETSVCXC.*
```

```
JOHN E. MORAN,   Bar No.:  94179
DANNER & MARTYN, LLP              bac
100 E. THOUSAND OAKS BL., SUITE 244
THOUSAND OAKS, CA 91360
(805) 777-8700      Ref. No.: 00853690-01 (035)
Attorney for: PLAINTIFF
```

FILED
03 SEP 19 AM 8:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

Plaintiff: DIRECTV
Defendant: NASLAND, ET AL.

No.: 03CV 1008W LAB
Proof of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   SEE ATTACHED LIST FOR DOCUMENTS SERVED;

2. a. Party served:      HOANG NGUYEN
   b. Person served:     party in item 2a
   c. Address:           10864 ANGOLA ROAD
      (Home)             SAN DIEGO, CA 92126

3. I served the party named in item 2
   b. by leaving the copies with or in the presence of:
                         LAC NGUYEN
                         CO-TENANT (BROTHER)
      (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
      (3) on:    08/26/2003
      (4) at:    04:56pm
      (5) A declaration of diligence is attached.
   c. by mailing the copies to the person served, addressed as shown in item 2c, by first class mail, postage prepaid,
      (1) on:    08/07/2020
      (2) from:  SAN DIEGO, CA

4. The "Notice to the Person Served" (on the summons, if any) was completed as follows:
   a. as an individual defendant

ORIGINAL

5. Person Serving:                      a. Fee for service:   $63.95
   M. ROBLES                               (recoverable per C.C.P. 1033.5(B))
   American Legal Support Svcs.         d. Registered California process servers.
   7124 Owensmouth Ave., #106              (1) Independent contractor, registered
   Canoga Park, CA  91303                  (2) Registration No.: 2182
   Tel: (818) 763-6931                     (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 08/07/2020            Signature: _____

Jud. Coun. form, rule 982(a)(23)

PROOF OF SERVICE

```
JOHN E. MORAN,   Bar No.:   94179
DANNER & MARTYN, LLP                    bac
100 E. THOUSAND OAKS BL., SUITE 244
THOUSAND OAKS, CA 91360
(805) 777-8700    Ref. No.:  00853690-01 (015)
Attorney for:  PLAINTIFF
```

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

Plaintiff: DIRECTV                          No.: 03CV 1008W LAB
Defendant: NASLAND, ET AL.                  Declaration Regarding Diligence

I received the within process on 08/13/2003 and that after due and diligent effort I have been unable to effect personal service on the within named party. Dates and times of attempts with reported detail are listed below. Costs for diligence pertaining to substituted service is recoverable under CCP 1033.5.

Servee:    HOANG NGUYEN

Home:      10864 ANGOLA ROAD
           SAN DIEGO, CA 92126

Business:  SERVEE'S BUSINESS ADDRESS WAS NOT KNOWN AT TIME OF SERVICE.

08/16/2003 08:08am NO ANSWER AT DOOR (RESIDENCE); NO MOVEMENT, QUIET
08/19/2003 08:40pm NO ANSWER AT DOOR. NO LIGHTS ON INSIDE OR OUTSIDE OF THE RESIDENCE.
08/22/2003 01:18pm NO ANSWER AT DOOR (RESIDENCE). NO VEHICLES PARKED IN DRIVEWAY OR IN FRONT OF RESIDENCE.
08/26/2003 04:56pm MINIVAN CA.LIC. 4VIP977.
08/26/2003 04:56pm SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

```
Person Serving:                  Fee for service:     $63.95
M. ROBLES                        (recoverable per C.C.P. 1033.5(B))
American Legal Support Services  Registered California process servers.
7124 Owensmouth Ave., #106        Independent contractor, registered
Canoga Park, CA  91303            Registration No.:  2182
Tel: (818) 763-6931               County:  SAN DIEGO
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/07/2020         Signature: _____

Jud. Coun. form, rule 982(a)(23)

---

DECLARATION REGARDING DILIGENCE

Attachment "A"
Service Documents – USDC Southern District

- ❖ Summons

- ❖ Complaint for Compensatory, Statutory and Other Damages, and for Injunctive Relief

- ❖ Certification of Interested Parties